UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SASHA SUGABERRY,<br><br>               Plaintiff,<br>    v.<br><br>UNITED PARCEL SERVICE,<br><br>               Defendant. | CASE NO. 2:21-cv-00610-DGE<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR BILL OF PARTICULARS (DKT. NO. 80) |

      A final judgment in this case was entered on April 10, 2024.  (Dkt. No. 63.)  This Court denied Plaintiff's motion to reopen this case on January 22, 2025.  (Dkt. No. 72.)  On May 12, this Court denied Plaintiff's motions for "status request of appeal/judgment" and to compel (Dkt. Nos. 75, 77) and ordered Plaintiff to show cause why the Court should not direct the Clerk to cease calendaring new filings in this litigation.  (Dkt. No. 78.)  Plaintiff responded to that order and largely rehashed her arguments related to "procedural delays and misconduct" that the Court has previously denied.  (Dkt. No. 79.)

On September 18, Plaintiff filed a "Final Motion for Payment of Fees" she allegedly incurred during litigation.[1] (Dkt. No. 80.) Plaintiff asserts that "[d]espite multiple requests," the Court has "not ruled on Plaintiff's request for compensation." (*Id.* at 1.) However, in April 2024, the Court confirmed the $500 arbitration award in Plaintiff's favor and noted that under the terms of the arbitration agreement, it has "no authority to do anything other than confirm the arbitration award." (Dkt. No. 62 at 2.) The Court then entered a final judgment in this case and has denied subsequent untimely motions because Plaintiff continues to request relief that has already been denied. This newest motion is no different. Plaintiff's "Final Motion for Payment of Fees" (Dkt. No. 80) is therefore DENIED.

Except for a notice of appeal, any further pleadings Plaintiff files in this case will be docketed by the Clerk of Court, but no action will be taken on them.

Dated this 23rd day of September 2025.

David G. Estudillo
United States District Judge

---

[1] This motion is entered on the docket as a "Fifth Motion for Bill of Particulars." (Dkt. No. 80.) The Court notes that motions for a bill of particulars are intended to give a criminal defendant sufficient information to investigate the charges raised against them and are properly made in the criminal, not civil context. *See* Fed. R. Crim. P. 7(f). However, the Court understands Plaintiff's motion to be a request for fees and construes it as such.